# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: 26-cv-03345-RBM-VET | |
| TITLE: Argueta Palma v. Casey | |
| FILED DATE: 7/24/2026 | DOCUMENT NO.: 8 |
| DOCUMENT TITLE: Petition to Reconsider Habeas Corpus Review Pursuant to 28 U.S.C.§ 2241 and Inproper Notice | |
| DOCUMENT FILED BY: Juan Anibal Argueta Palma | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: FRCvP 41 - Case closed on 07/24/2026 (*see* Doc. 7).

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [ ] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: September 9, 2026 CHAMBERS OF: The Honorable Ruth Bermudez Montenegro

cc: All Parties By: ______________________